**Opinion issued August 28, 2014**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-14-00709-CV

_____

## IN RE NISSAN NORTH AMERICA, INC., Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Nissan North America, Inc. has filed a petition for writ of mandamus challenging an August 14, 2014 order of the trial court compelling relator's Director of Dealer Network Development Strategy to answer a question over relator's objection that the answer would require revealing a trade secret.[1]

---

[1]   The underlying case is *BSAG, Inc. and Bob Stallings Nissan of Baytown, Inc. v. Baytown Nissan, Inc., Burklein Family Limited Partnership, Nissan North America, Inc., and Frederick W. Burklein*, cause number 2013-38072, pending in the 127th District Court of Harris County, Texas, the Honorable R.K. Sandill presiding.

We **deny** the petition. Relator's emergency motion for a temporary stay pending our determination on the petition is dismissed as moot.

**PER CURIAM**

Panel consists of Justices Higley, Bland, and Sharp.